

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2021

No. 04-21-00095-CV

**MEAT SUPPLY, LLC**,
Appellant

v.

**510 GOOD LATIMER, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11151
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file its brief is GRANTED. Appellant's brief is due on or before **May 28, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court